## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

**Reply to: Charleston**



**RORY L. PERRY II**
Clerk Of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1037
601 Federal Street
Bluefield, WV 24701
304/327-9798

Cathy S. Gatson
Kanawha County Judicial Building
P.O. Box 2351
111 Court Street
Charleston, WV 25301

Re:   Swiger et al v. A.R. Wilfley & Sons, Inc. et al
      Civil Action No. 2:20-cv-00117; Your Civil Action No. 19-C-402

Dear Ms. Gatson:

The above civil action was remanded to the Circuit Court of Kanawha County, West Virginia, pursuant to the Memorandum Opinion and Order entered February 12, 2020, by the Honorable Irene C. Berger.

Enclosed please find the file maintained for this case during its pendency in our Court and a certified copy of the docket sheet. Please note that a certified copy of the Order has been substituted in lieu of the original.

Please acknowledge receipt of the enclosed on the copy of this letter attached for that purpose.

                                            Very truly yours,

                                            RORY L. PERRY, CLERK OF COURT

                                            By: _____
                                                        Deputy Clerk

Receipt is hereby acknowledged of the items described herein:

Date: _____

                                            CATHY S. GATSON, CIRCUIT COURT
                                            OF KANAWHA COUNTY, WEST VIRGINIA

                                            By: _____
                                                        Deputy Clerk